IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

KAREN DAVIS

Plaintiff

v.

Case No.LO2CV2705

FILED ENTERED LODGED RECEIVED

NOV - 8 2002

BALTIMORE U.S. DISTRICT COURT DISTRICT OF MARYLAND BY DEPUTY

FAMILY CRISIS CENTER OF BALTIMORE COUNTY, INC.

Defendant

NOTICE OF DISMISSAL

Dear Mr. Clerk:

Please dismiss this case with prejudice.

Monte Fried, Esq
Wright, Constable & Skeen
100 N. Charles Street, 16th Floor
Baltimore, MD 21201
Attorney for Defendant

Norris C. Ramsey
Norris C. Ramsey, P.A
2122 Maryland Ave
Baltimore, MD 21218
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on November, 5th, 2002, the Notice of Dismissal was mailed by first class mail, postage prepaid to Monte Fried, Esq, Wright, Constable, & Skeen, 100 N. Charles Street, 16th Floor, Baltimore, MD 21201, counsel for Defendant.

Norris C. Ramsey

APPROVED THIS 8th DAY OF November, 2002

BENSON EVERETT LEGG, U.S.D.J.

NOV - 8

(4)



Wright, Constable & Skeen, L.L.P. | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

November 6, 2002

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
Michael A. Stanley
Howard S. Stevens*
Victoria August
Joy K. Sakellaris

Of Counsel
Francis N. Iglehart
P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone 410-825-0750
Fax 410-825-0715

www.wcslow.com

*Writer's Direct Dial/E mail:*
*(410)659-1312 mfried@wcslaw.com*

**HAND DELIVERED**

Clerk's Office
United States District Court for
the District of Maryland
101 W. Lombard Street
Baltimore, MD 21202

RE: Karen Davis v. Family Crisis Center of Baltimore County, Inc.
Case No. L02 CV 2705

Dear Mr. Clerk:

Pursuant to Rule 41, I am enclosing herein a Notice of Dismissal **with Prejudice** which has been signed by counsel for all parties.

Please note that no answer has been filed by the Defendant in this matter, and therefore the entering of the Dismissal with prejudice is proper under either Rule 41(a)(1)(i) or (ii). A confirmation to both Mr. Ramsey and myself that the above-referenced matter has been dismissed with prejudice by the Court will be greatly appreciated.

Sincerely,

Monte Fried

Monte Fried

MF/acg
Enclosure
cc: Norris Ramsey, Esq.

129696 v. (08875.00016)

* *Admitted in the District of Columbia and Maryland*
** *Admitted in the District of Columbia, Maryland and Virginia*